UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALTHEA SMITH ENGLAND,

    Plaintiff,

v.                                              Case No: 8:17-cv-2621-T-36JSS

DOUG BELDEN, PAT FRANK, BOB
HENRIQUEZ and LTD FAMILY TRUST
LLC,

    Defendants.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on November 9, 2017 (Doc. 8). In the Report and Recommendation, Magistrate Judge Sneed recommends that Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 2) be denied without prejudice and that Plaintiff's Complaint (Doc. 1) be dismissed without prejudice and with leave to file an amended complaint. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 8) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 2) is DENIED without prejudice.

(3) Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice. Plaintiff is granted leave to file an amended complaint that complies with the Federal Rules of Civil Procedure within **twenty (20) days** from the date of this Order. Failure to file an amended complaint within the time permitted will result in dismissal of this action without further notice from the Court.

**DONE AND ORDERED** at Tampa, Florida on November 28, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record